# Court of Appeals
# of the State of Georgia

ATLANTA, February 03, 2017

*The Court of Appeals hereby passes the following order*

**A17I0125. COMMERCE PLAZA OFFICE PARTNERS, LLC, et al. v. RREF II DB DRI, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15A08537



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 03, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*